UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FRANKENMUTH MUTUAL INSURANCE
COMPANY,**

    Plaintiff,

                                                      Civil No. **09-12723**
                                                      Hon. John Feikens

    v.

**CATLIN SPECIALTY INSURANCE COMPANY,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **1/27/2010**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                      **s/John Feikens**
                                                      John Feikens
                                                      United States District Judge

Dated: February 24, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 24, 2010.

s/Carol Cohron
Deputy Clerk